536 A.2d 339

**COMMONWEALTH of Pennsylvania**

v.

**Thomas DeBLASE, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 21, 1988.

Decided Jan. 22, 1988.

Henry T. Crocker, Pottstown, for appellant.

Thomas E. Waters, Jr., Dist. Atty., Mary Ann Killinger, Norristown, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.